IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | CASE NO. 4:10-CV-3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HEARTHSTONE HOMES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

This matter is before the Court pursuant to Defendant HearthStone Homes, Inc.'s Motion for Leave to File an Amended Answer and Counterclaim (Doc. No. 26). Plaintiff does not oppose Defendant's Motion. The Court has reviewed the Motion and finds that it should be granted. Accordingly, based upon all the files, records and proceedings herein,

IT IS ORDERED:

1. Defendant's Motion, (filing no. 26), is granted.

2. On or before November 19, 2010, defendant shall file its Amended Answer and Counterclaim, a copy of which is attached to its motion.

Dated: November 12, 2010

**BY THE COURT:**

s/ *Cheryl R. Zwart*
United States Magistrate Judge