IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HEARTHSTONE HOMES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

At the unopposed request of the defendant, the trial and pretrial conference are continued as follows:

a. A jury trial is set to commence on November 7, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference will be held before the undersigned magistrate judge on October 20, 2011 at 10:00 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 19, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

DATED this 18th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge