# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**Jammie D. Harms**,                                                          Court File No. 4:10-cv-3114

        Plaintiff,

v.                                                                             **ORDER**

**HearthStone Homes, Inc.,**

        Defendant

      Based upon the Stipulation of the parties (Doc. No. 58), IT IS HEREBY ORDERED that the Progression Order should be amended as follows:

      1.      Defendant shall not object to Plaintiff noticing the depositions of Scott Vogtman, Heidi Bedlan, Margee Virant, or Sandra Earl after the discovery and deposition deadline of May 13, 2011, provided that such depositions are taken on or before June 21, 2011 at a time and place agreed on by counsel for the Parties.

      2.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is July 22, 2011.

                                                                       **BY THE COURT:**

Dated: May 20, 2011                                      s/ *Cheryl R. Zwart*
                                                                The Honorable Cheryl R. Zwart
                                                                United States Magistrate Judge