IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | 4:10CV3114 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HEARTHSTONE HOMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 67) is granted, as follows:

1. Plaintiff shall have until June 20, 2011, to file a response to Defendant's motion for partial summary judgment (filing 61) and a reply regarding Plaintiff's motion for partial summary judgment (filing 45).

2. Defendant shall have until July 8, 2011, to file a reply regarding Defendant's motion for partial summary judgment (filing 61).

June 10, 2011.   BY THE COURT:

*Richard G. Kopf*
United States District Judge