IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HEARTHSTONE HOMES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties have contacted the court and advised that they do not want a stay of case preparation, or a modification of any of the dates in the court's progression order.

Accordingly,

IT IS ORDERED that, from the perspective of case preparation and progression, this case is not stayed pending the outcome of mediation.

DATED this 8th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge