IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HEARTHSTONE HOMES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant motion to strike, (filing no. 81), is granted.

2) The clerk shall strike defendant's duplicate motion for summary judgment, filing no. 76.

DATED this 26th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge