IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMMIE D. HARMS, | ) | 4:10CV3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HEARTHSTONE HOMES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 84) is granted, as follows:

      Plaintiff shall have until August 22, 2011, to respond to Defendant's motion for summary judgment (filing 77).

      DATED this 1st day of August, 2011.

                                                    BY THE COURT:

                                                    *Richard G. Kopf*
                                                    United States District Judge